1  ERIN J. RADEKIN
   Attorney at Law  - SBN 214964
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331

4  Attorney for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 06-00507 GGH |
| Plaintiff, ) | MOTION FOR CONTINUANCE |
| ) | OF TRIAL CONFERENCE HEARING; |
| vs. ) | STIPULATION AND |
| ) | ORDER |
| JACOB GERBER and ) | |
| JAMES WALDRON, ) | |
| Defendants. ) | |
| _____ ) | |

–o0o–

The United States, through its undersigned counsel, and the defendants, through their undersigned counsel, hereby agree and stipulate that the trial conference hearing, currently scheduled for February 26, 2007 at 9:00 a.m., should be vacated and continued to March 12, 2007 at 9:00 a.m. for status conference. The parties further stipulate that the trial currently set for March 12, 2007 at 9:00 a.m. should be vacated.

The reason for this request is that defense counsel needs additional time to discuss the case, the terms of the plea agreement, and the consequences of said agreement with defendants.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. be tolled pursuant to § 3161(h)(8)(A) and (B)(iv), Local Code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing

the defendant further time to prepare outweigh the best interests of the public and the defendants in a speedy trial.

The Court is advised that counsel have conferred about this request, that they have agreed to the March 12, 2007 date, and that Matthew Stegman has authorized Ms. Radekin to sign this stipulation on his behalf.

Dated: February 22, 2007        McGREGOR W. SCOTT
                                United States Attorney

                                By: /s/Matthew Stegman
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney

Dated: February 22, 2007        /s/ Erin Radekin
                                ERIN RADEKIN
                                Attorney for Defendant
                                JACOB GERBER

Dated: February 22, 2007        /s/John Buchholz
                                JOHN BUCHHOLZ
                                Attorney for Defendant
                                JAMES WALDRON

## ORDER

IT IS HEREBY ORDERED that the trial conference hearing currently scheduled for February 26, 2007 at 9:00 a.m. is VACATED, and the matter continued until March 12, 2007 at 9:00 a.m.. for status conference.

Dated: 2/26/07

                                /s/ Gregory G. Hollows
                                _____
                                HON. Gregory G. Hollows
                                United States District Judge

gerber.ord

2