1  ERIN J. RADEKIN
   Attorney at Law  - SBN 214964
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331

4  Attorney for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S.06-00507 GGH |
| Plaintiff, | MOTION FOR CONTINUANCE OF TRIAL CONFERENCE HEARING; AMENDED STIPULATION AND ORDER |
| vs. | |
| JACOB GERBER and JAMES WALDRON, | |
| Defendants. | |

–o0o–

The United States, through its undersigned counsel, and the defendants, through their undersigned counsel, hereby agree and stipulate that the trial conference hearing, currently scheduled for February 26, 2007 at 9:00 a.m., should be vacated and continued to March 12, 2007 at 9:00 a.m. for status conference. The parties further stipulate that the trial currently set for March 12, 2007 at 9:00 a.m. should be vacated.

The reason for this request is that defense counsel needs additional time to discuss the case, the terms of the plea agreement, and the consequences of said agreement with defendants.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. be tolled pursuant to § 3161(h)(8)(A) and (B)(iv), Local Code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing

1  the defendant further time to prepare outweigh the best interests of the public and the
2  defendants in a speedy trial.
3      The Court is advised that counsel have conferred about this request, that they have
4  agreed to the March 12, 2007 date, and that Matthew Stegman has authorized Ms. Radekin to
5  sign this stipulation on his behalf.
6
7
8  Dated: February 22, 2007              McGREGOR W. SCOTT
                                          United States Attorney
9                                         By: /s/Matthew Stegman
                                          MATTHEW STEGMAN
10                                        Assistant U.S. Attorney
11 Dated: February 22, 2007              /s/ Erin Radekin
                                          ERIN RADEKIN
12                                        Attorney for Defendant
                                          JACOB GERBER
13
   Dated: February 22, 2007              /s/ Tara Allen
14                                        TARA ALLEN for the
                                          Federal Defender's Office
15                                        Attorney for Defendant
                                          JAMES WALDRON
16
17
18
19
20
21
22
23
24
25
26
27
28
                                          2

## **ORDER**

IT IS HEREBY ORDERED that the trial conference hearing currently scheduled for February 26, 2007 at 9:00 a.m. is VACATED, and the matter continued until March 12, 2007 at 9:00 a.m.. for status conference.

Dated: 3/5/07                                                          /s/ Gregory G. Hollows

                                                                       _____
                                                                       HON. Gregory G. Hollows
                                                                       United States District Judge

gerber.ord2