```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10   UNITED STATES OF AMERICA,
11          Plaintiff,                     Mag No. S-08-231 EFB
12      vs.
13   JACOB LEE GERBER,
14          Defendant.
                                      /
15   UNITED STATES OF AMERICA,            Cr. No. S-06-0507 GGH
16      vs.
17   JACOB LEE GERBER,                    RELATED ORDER
18          Defendant.
19
                                      /
20
```

21          Examination of the above-entitled actions reveals that the above actions are
22  related within the meaning of Local Rule 83-123(a) (E.D. Cal. 2005). The actions involve the
23  same parties, and are based on the same or similar claims, the same property, transaction or
24  event, similar questions of fact and the same question of law. Accordingly, the assignment of the
25  matters to the same magistrate judge is likely to effect a substantial savings of judicial effort and
26  is also likely to be convenient for the parties.

1

1  The parties should be aware that relating the cases under Local Rule 83-123
2  merely has the result that the actions are assigned to the same magistrate judge; no consolidation
3  of the actions is effected.  Under the regular practice of this court, related cases are generally
4  assigned to the magistrate judge to whom the first filed action was assigned.
5  IT IS THEREFORE ORDERED that the action denominated Mag No. 08-231
6  EFB be, and the same hereby is, reassigned to Magistrate Judge Hollows for all further
7  proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as
8  Mag No. 08-231 GGH.
9  DATED: 08/28/08                              /s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

gerber.rel